■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BONDS, Appellant. [25 NYS3d 878]—Order, Supreme Court, New York County (Richard D. Carruthers, J.), entered on or about July 25, 2013, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Regardless of whether defendant's correct point score is 140 or, as he claims, 115 points, we find no basis for a discretionary downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors raised by defendant were adequately accounted for in the risk assessment instrument, or were outweighed by the seriousness of defendant's underlying offenses. Concur—Mazzarelli, J.P., Sweeny, Manzanet-Daniels and Gische, JJ.